| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Earl Lloyd Jones, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Vicie Mae Jones** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Heights Financial**<br><br>Description of property securing debt: **1988 Ford F150 VIN # 1FTEF14Y1JNB69121** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Home Point Financial**<br><br>Description of property securing debt: **House & approx 2.338 acres 559 Long Hollow Road Elizabethton, TN 37643  Carter County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Republic Finance**<br><br>Description of property: **Flatbed Trailer** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 1

| Debtor 1 | **Earl Lloyd Jones, Sr.** | |
|---|---|---|
| Debtor 2 | **Vicie Mae Jones** | Case number *(if known)* |

securing debt:

---

| Creditor's name: | **Ritchie's** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **5 pc dining room suite** | | |

---

| Creditor's name: | **World Finance** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **1994 Chevy Suburban**<br>**VIN # 1GNGK26N0RJ414045** | | |

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal**

| Debtor 1 | **Earl Lloyd Jones, Sr.** | | |
|---|---|---|---|
| Debtor 2 | **Vicie Mae Jones** | Case number *(if known)* | |

property that is subject to an unexpired lease.

| X | **/s/ Earl Lloyd Jones, Sr.** | X | **/s/ Vicie Mae Jones** |
|---|---|---|---|
| | **Earl Lloyd Jones, Sr.** | | **Vicie Mae Jones** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |
| Date | **April 24, 2019** | Date | **April 24, 2019** |

## United States Bankruptcy Court
### Eastern District of Tennessee

In re: **Earl Jones / Vicie Mae Jones**, Debtor(s)

Case No. _____
Chapter **7**

## CERTIFICATE OF SERVICE

I, Mark S. Dugger, hereby certify that on _____, 2019, a copy of **Chapter 7 Individual Debtors Statement of Intention** was served electronically, by the court's electronic case filing system, to the Chapter 7 Trustee and U.S. Trustee; and sent by regular United States mail to all interested parties/creditors listed below:

**Heights Financial**
3915 Bristol Hwy, Ste 101
Johnson City, TN 37601

**Home Point Financial**
11511 Luna Road, Ste 300
Farmers Branch, TX 75234

**Republic Finance**
1914 N Roan Street, Ste 106
Johnson City, TN 37601

**Ritchie's**
519 East Elk Avenue
Elizabethton, TN 37643

**World Finance**
731 West Elk Avenue, Ste B2-A
Elizabethton, TN 37643

**Mark S. Dugger 10425**
**Dugger & Cole, Attorneys**
**625 East Elk Avenue**
**Elizabethton, TN 37643**
**423 542-4183  Fax: 423 542-9492**
**gail@duggerandcole.com**